UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| EAST TENNESSEE SCALE WORKS, INC.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>MARK MCHENRY, Individually and d/b/a  )<br>Systems & Controls and SYSTEMS &  )<br>CONTROLS,  )<br>)<br>Defendants.  ) | No. 3:02-CV-369<br>(Shirley) |

### **MEMORANDUM & ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 22].

The plaintiff moves for relief from the December 12, 2005 deadline to file two documents in support of its response to the defendants' motion for summary judgment, which due to computer problems, were not timely filed. For good cause shown, the plaintiff's Motion for Relief From Untimely Filing [Doc. 45] is **GRANTED**.

The plaintiff moves for permission to exceed the page limitation required by Local Rule 7.1(b). For good cause shown, the plaintiff's Motion to Exceed Page Limitation [Doc. 46] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge