UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| EAST TENNESSEE SCALE WORKS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:02-CV-369 |
| | ) | (Shirley) |
| MARK MCHENRY, Individually and d/b/a | ) | |
| Systems & Controls and SYSTEMS & | ) | |
| CONTROLS, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM & ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), Rule 73(b) of the Federal Rules of Civil Procedure, and the consent of the parties, for all further proceedings, including entry of judgment [Doc. 22].

Presently before the Court is the parties' Joint Motion for Continuance. [Doc. 57]. The Court held a telephone conference regarding this motion on January 12, 2006. For good cause shown, and upon agreement of all counsel, the Joint Motion for Continuance [Doc. 57] is **GRANTED**. The trial of this matter, which was scheduled to begin on February 28, 2006, shall be **CONTINUED** to **May 30, 2006 at 9:00 a.m.** The pretrial conference, which was scheduled for February 6, 2006, is **CANCELED**. A hearing will be conducted as to all pending motions on **February 13, 2006 at 1:30 p.m.**

The parties shall complete discovery in this case by **March 31, 2006**.  All other deadlines set forth in the Scheduling Order [Doc. 25] that already have expired shall be unaffected by this continuance.

**IT IS SO ORDERED.**

ENTER:

　　s/ C. Clifford Shirley, Jr.　
United States Magistrate Judge