IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION, KNOXVILLE

| | |
|---|---|
| EAST TENNESSEE SCALE WORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK MC HENRY, Individually and d/b/a Systems & Controls and SYSTEMS & CONTROLS, <br><br> Defendants. | ) ) ) ) ) ) ) NO. 3:02-CV-369 ) ) ) ) ) ) ) |

### Agreed Order of Compromise and Dismissal

Come now the parties, by and through counsel, and announce to the court that all issues and controversy between them have been compromised and settled.

It is therefore ORDERED, ADJUDGED, and DECREED that this cause be and the same is hereby dismissed with prejudice. Costs are taxed equally between the Plaintiff and Defendants for which execution may issue if necessary. A statement of cost, equally divided, shall be forwarded to both the Plaintiff's and Defendant's counsel of record at the address listed below their signatures at the end of this order.

It is further ORDERED that each party shall bear its own costs of litigation.

                                          s/ C. Clifford Shirley, Jr.
                                          United States Magistrate Judge

Entered this _____ day of _____, 2006.

                                          Hon. Clifford Shirley
                                          U.S. Magistrate Judge

APPROVED FOR ENTRY:

MCCARTHY and MCCARTHY

By:     s/Judy Pinkston McCarthy
         Judy Pinkston McCarthy, BPR #10035
         Dennis McCarthy, BPR # 13595
         Attorneys for Plaintiff
         P. O. Box 2142
         Knoxville, TN 37901-2142

BURROUGHS COLLINS & JABALEY, PLC

By:     s/Henry E. Sledge, Jr.
         Henry E. Sledge, Jr., BPR #018894
         Attorney for Defendants
         P. O. Box 551
         Knoxville, TN 37901-0551